UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Joshua Jon Carlson, | Case No. 20-cv-1676 (WMW/HB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Paul Schnell et al., | |
| Defendants. | |

This matter is before the Court on the August 18, 2020 Report and Recommendation (R&R) of United States Magistrate Judge Hildy Bowbeer. (Dkt. 12.) Because no objections have been filed, this Court reviews the R&R for clear error.[1] *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The August 18, 2020 Report and Recommendation, (Dkt. 12), is **ADOPTED**.

2. Plaintiff Joshua Jon Carlson's motion for a temporary restraining order, (Dkt. 9), is **DENIED**.

---

[1] Carlson filed a document labeled on the docket as "Response (Objection) to Report and Recommendation" after Magistrate Judge Bowbeer issued the R&R. However, despite the title of Carlson's filing, Carlson does not discuss any objections to the R&R. Therefore, the Court finds that no objections have been made to the R&R.

Dated:  November 10, 2020                                     s/Wilhelmina M. Wright
                                                                                                        Wilhelmina M. Wright
                                                                                                        United States District Judge